UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAINE HUNTER, #242663, )
          Plaintiff, )
           ) No. 1:17-cv-109
-v- )
           ) Honorable Paul L. Maloney
CARMEN PALMER, *et al.*, )
          Defendants. )
           )

## JUDGMENT

The Court has granted Defendants' motion for summary judgment and has resolved all outstanding issues. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date: March 2, 2020                                          /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         United States District Judge